JOSEPH NOCE et al., as Copartners under the Firm Name of NOCE BROS., Appellants, *v.* EPHRAIM J. KAUFMAN et al., Respondents, et al., Defendant.

Submitted February 13, 1956; decided February 16, 1956.

*William MacFarlane* and *Nathan H. Richman* for motion. No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion unless, within ten days from the date of this order, plaintiffs-appellants serve and file a sufficient undertaking on appeal and pay $10 costs, in which events motion denied. In all other respects, motion denied.